**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re:<br>**VENTECH ENGINEERS LP et al.,**<br><br>Debtors,[1]<br><br>**RODNEY D. TOW, CHAPTER 7 TRUSTEE FOR THE ESTATE OF VENTECH ENGINEERS INTERNATIONAL, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**G.A.S UNLIMITED, INC.,**<br><br>Defendant. | § § § § § § § § § § § § § § § § § § § § | **Case No. 17-33203**<br><br>Jointly Administered<br><br><br>Adversary No. 19 – 03484 |

### PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

TO THE HONORABLE DAVID R. JONES, UNITED STATES BANKRUPTCY JUDGE:

NOW COMES Rodney D. Tow ("Trustee"), in his capacity as Chapter 7 Trustee of the Estate of Ventech Engineers International, LLC and Plaintiff in the above-captioned adversary proceeding to move the Court for a voluntary dismissal of this adversary proceeding with prejudice. Under the Order Authorizing the Establishment of Procedures to Compromise and Settle Certain Preference

---

[1] The names of the debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ventech Engineers L.P. (0943); Ventech Engineers LLC (7644); Ventech Fabrication Services LLC (6482); Ventech Engineers International LLC (5030); Ventech Energy LLC (1829); Ventech Engineers North America LLC (7325); Ventech Engineers USA LLC (7499); Ventech Vessel Fabricators LLC (6525); Ventech Global Projects, Inc. (9146); Ventech International Projects LLC (2187); Ventech Global Construction, LLC (0736); Ventech Modular Fabricators LLC (2960); Ventech Refining Solutions LLC (6454); Ventech Plant Constructors LLC (5107); Ventech Engineers & Fabricators, LLC (2106); Ventech Industrial Contractors, LLC (6482); Ventech XTL LLC (2500); and Ventech XTL Oklahoma City LLC (5549).

Claims [ECF 153], the Trustee can consummate the settlement of this action without moving the Court for approval under Bankruptcy Rule 9019. The Trustee and Defendant have reached a settlement in this case, which has funded. Accordingly, it is appropriate that this case be dismissed with prejudice.

Dated: December 3, 2020

Respectfully submitted,

DIAMOND MCCARTHY LLP

By:  /s/ Brian R. Hogue
Brian Raymond Hogue
TBA No. 24094725
bhogue@diamondmccarthy.com
Two Houston Center
909 Fannin, 37th Floor
Houston, Texas 77010
(713) 333-5100 Telephone
(713) 333-5199 Facsimile
*Counsel to Chapter 7 Trustee Rodney D. Tow*

2