UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br>**VENTECH ENGINEERS LP et al.,**<br><br>Debtors,[2]<br><br>**RODNEY D. TOW, CHAPTER 7 TRUSTEE FOR THE ESTATE OF VENTECH ENGINEERS INTERNATIONAL, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**G.A.S UNLIMITED, INC.,**<br><br>Defendant. | Case No. 17-33203<br><br>Jointly Administered<br><br>Adversary No. 19 – 03484 |

## ORDER ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The Court, having considered Plaintiff's Motion for Voluntary Dismissal with Prejudice (the "Motion") finds and concludes that the Motion is with merit. Accordingly, the Court GRANTS the Motion. This case is dismissed with prejudice.

Date: _____       Signed: _____

Hon. David R. Jones
United States Bankruptcy Judge

---

[2] The names of the debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ventech Engineers L.P. (0943); Ventech Engineers LLC (7644); Ventech Fabrication Services LLC (6482); Ventech Engineers International LLC (5030); Ventech Energy LLC (1829); Ventech Engineers North America LLC (7325); Ventech Engineers USA LLC (7499); Ventech Vessel Fabricators LLC (6525); Ventech Global Projects, Inc. (9146); Ventech International Projects LLC (2187); Ventech Global Construction, LLC (0736); Ventech Modular Fabricators LLC (2960); Ventech Refining Solutions LLC (6454); Ventech Plant Constructors LLC (5107); Ventech Engineers & Fabricators, LLC (2106); Ventech Industrial Contractors, LLC (6482); Ventech XTL LLC (2500); and Ventech XTL Oklahoma City LLC (5549).